BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NICHOLAS G. PURCELL (Cal. Bar No. 313632)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3752
    Facsimile: (213) 894-0141
    E-mail:     nicholas.purcell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-005059-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT AVERY QUINN SCOPE CRAFTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| AVERY QUINN SCOPE CRAFTS, et al., | |
| Defendants. | |

    The Court has read and considered the government's motion to dismiss the complaint without prejudice against defendant Avery Quinn Scope Crafts.  The Court finds that there is good cause to dismiss the complaint in the interests of justice specifically as to defendant Avery Quinn Scope Crafts.

//

//

//

     Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Avery Quinn Scope Crafts in the interests of justice.  Defendant Avery Quinn Scope Crafts' bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

     The complaint is _not_ dismissed as to co-defendant Mario Chacon.

     IT IS SO ORDERED.

_____     _____
DATE                                         HONORABLE ALKA SAGAR
                                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

               /s/
_____
NICHOLAS G. PURCELL
Assistant United States Attorney