# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 25mj5059 |
| Mario Chacon, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _August 21, 2025_____, _____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Steve Kim_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _August 18, 2025_____

_/s/ Steve Kim_
Steve Kim, U.S. Magistrate Judge